**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **WALLACE M. SEARCY,** : | |
| : | |
| **Plaintiff** : | |
| : | **5:03-CV-272 (WDO)** |
| **v.** : | |
| : | |
| **TYDUS MEADOWS, et al.,** : | |
| : | |
| **Defendants** : | |

**ORDER**

Having carefully considered the Magistrate Judge's Report and Recommendation to grant the Defendants' motion for summary judgment, and the objections filed thereto, the Recommendation is ADOPTED and made the order of the Court. Plaintiff's claims are dismissed with prejudice and judgment shall be entered in Defendants' favor.

**SO ORDERED this 30th day of May, 2006.**


**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT COURT**